SMITH & RICHARDS LUMBER COMPANY, INCORPORATED, PLAINTIFF-APPELLANT, v. SARA P. HURLEY, OWNER, AND CAMDEN CONSTRUCTION COMPANY, BUILDER, DEFENDANTS-RESPONDENTS.

Argued February 7, 1936—Decided May 14, 1936.

430

For the appellant, *Russell S. Henderson.*

For the respondents, *A. Moulton McNutt.*

PER CURIAM.

The judgment under review herein will be affirmed, for the reasons expressed in the opinion of Judge Shay in the Cumberland County Circuit Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ.   13.

*For reversal*—None.